FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★   NOV 20 2007   ★

BROOKLYN OFFICE

# UNITED STATES PRETRIAL SERVICES AGENCY
### Eastern District of New York

## MEMORANDUM

RECEIVED
In Chambers of:
U.S. District Judge
SANDRA L. TOWNES
NOV 19 2007

**DATE:** November 19, 2007

**TO:** Honorable Sandra L. Townes
United States District Judge

**RE:** Clarke, James- Defendant
06CR204

---

The above referenced defendant was arrested on March 27, 2006, and charged with Firearms Violation and Conspiracy. He made an initial appearance before Magistrate Judge Joan M. Azrack on the same day and was released on a $50,000 secured bond with the following conditions: report to Pretrial Services as directed, do not apply for a passport, travel restrictions to South Carolina and Eastern District of New York (court appearances), random home visits, and random drug testing and treatment for substance abuse. The defendant is currently being supervised by our office in South Carolina.

On October 30, 2007, we notified Honorable Nina Gershon that this defendant was rearrested by ATF Agents in South Carolina for Possession of a Weapon, and subsequently detained. As such we requested that a warrant be issued in our case to be lodged as a detainer. Judge Gershon signed our warrant request on October 31, 2007, and on November 5, 2007, a warrant was lodged against this defendant. Since that time the firearms charges in South Carolina have been dismissed, however, the defendant is still being held in custody on our warrant.

At this time we would request that Your Honor vacate the warrant against this defendant, as he has a pending hearing in South Carolina later today. The Judge in that district wishes to release him given that the basis of our warrant was the new arrest in South Carolina that has since been dismissed. We were advised by Judge Gershon's chambers that she is currently out of the country, so we are directing this request to Your Honor as the miscellaneous judge. Attached please find the original warrant request signed by Judge Gershon as well as a copy of the dismissal from the District of South Carolina. If Your Honor agrees with our request, an order has been attached for your convenience.

Prepared by: _____   Approved by: _____
Erin J. Rodriguez                                               Taia V. Givens
U.S. Pretrial Services Technician                  Supervising Pretrial Services Officer

Attachment

Clarke, James
06CR204

IT IS THE ORDER OF THE COURT THAT:

_X_       The warrant issued for defendant James Clarke on November 5, 2007 be vacated due to the dismissal of the additional charges.

___       Other:_____

SO ORDERED,

/s/ SLT
Sandra L. Townes
United States District Judge

November 19, 2007
Date

cc:    Elizabeth Geddes, AUSA
       Joseph R. Conway, Defense Counsel